MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Associate Regional Solicitor
ANDREW M. KATZ (CSBN 350024)
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Suite 720
Los Angeles, CA 90012-4701
Telephone: (213) 894-3990
Katz.Andrew@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*


# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br><br>  v.<br><br>LBB PROGRESS RIDGE, LLC, an Oregon Corporation; AMERGENT HOSPITALITY GROUP INC, a Delaware Corporation; FRED GLICK, an individual; MIKE PRUITT, an individual; and ADRIAN OCA, an individual,<br><br>        Defendants. | Case No.<br><br>**COMPLAINT**<br>Violations of Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.* |

## NATURE OF THE ACTION

1. Plaintiff JULIE A. SU, Acting Secretary for the U.S. Department of Labor ("the Acting Secretary"), is charged with enforcing the FLSA to eliminate "labor conditions detrimental to the maintenance of the minimum standard of living necessary for health, efficiency, and general well-being of workers[.]" 29 U.S.C. § 202(a). In bringing actions under the FLSA, the Acting Secretary represents not only the interest of the individual employees affected by an employer's

violations of the law, but also the public interest, including the interests of employers whose ability to compete in compliance with the law is harmed by employers who subsidize their operations by unlawfully keeping employee tips.

2.      Plaintiff brings this action pursuant to Section 16(c) of the FLSA, 29 U.S.C. § 216(c), to recover tip amounts owed under the FLSA to employees of Defendants, as listed by name in the attached Exhibit A to this Complaint, for the period of February 16, 2019, through February 15, 2022, together with an equal amount as liquidated damages, as well as civil money penalties.

3.      Plaintiff also seeks relief pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, and the Court's inherent authority, to permanently enjoin Defendants from violating the FLSA in the future, including violations of Defendants' recordkeeping obligations under Sections 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5), and violations of 29 U.S.C. § 203(m)(2)(B)'s proscription against keeping tips received by employees.

## JURISDICTION

4.      This Court has subject matter jurisdiction over this action under Sections 16 and 17 of the FLSA, 29 U.S.C. §§ 216, 217; this Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1345 (United States as Plaintiff).

5.      Venue lies in the United States District for the District of Oregon, pursuant to 28 U.S.C. § 1391(b), because the events giving rise to the claims occurred within this District.

## DEFENDANTS

6.      Defendant LBB Progress Ridge, LLC, d/b/a Little Big Burger ("Little Big Burger") is and at all relevant times has been a corporation in the state of Oregon with a principal place of business at 12345 SW Horizon Boulevard, Beaverton, OR 97007, within the jurisdiction of this Court, and has been engaged in the restaurant business. Defendant Little Big Burger operates a chain of restaurants including the following locations (hereinafter "Locations"):

**COMPLAINT**

- **Alberta:** 2038 NE Alberta Street, Portland, OR  97211

- **Division:** 3810 SE Division Street, Portland, OR  97403

- **Eugene:** 1404 Orchard Street, Eugene, OR  97403

- **Lake Oswego:** 3 Monroe Parkway, Suite T, Lake Oswego, OR  97035

- **Multnomah Village:** 7707 SW Capitol Highway, Portland, OR  97219

- **NW 23rd:** 930 NW 23rd Ave, Portland, OR  97210

- **Orenco Station:** 940 NE Orenco Station Loop, Hillsboro, OR  97124

- **Progress Ridge:** 12345 SW Horizon Boulevard #41, Beaverton, OR  97007

- **S Waterfront:** 3704 SW Bond Avenue, Portland, OR 97239

Defendant Little Big Burger also formerly operated restaurants at the following locations:

- **Capitol Hill:** 1200 E Pike Street, Suite 101, Seattle, WA  98122

- **Hawthorne:** 2028 SE Hawthorne Boulevard, Portland, OR  97214

- **Lloyd District:** 787 NE Holladay Street, Portland, OR  97232

- **Mississippi:** 3747 N Mississippi Avenue, Portland, OR  97227

- **Pearl:** 122 NW 10th Avenue, Portland, OR  97209

7.      At all relevant times, Defendant Little Big Burger employed workers, including employees named in Exhibit A, as front-of-the-house staff at its restaurant Locations.

8.      At all relevant times, Defendant Little Big Burger is and has been an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Little Big Burger in this case arise out of and are directly related to its business activities in the jurisdiction of this Court.

9.      Defendant Amergent Hospitality Group Inc. is and at all relevant times has been a publicly traded corporation incorporated in the state of Delaware with a principal place of business at 7529 Red Oak Lane, Charlotte, North Carolina 28226. Amergent Hospitality Group is in the business of owning and operating fast casual dining restaurants, including Little Big Burger. At all relevant times, Defendant Amergent Hospitality Group Inc. is and has been an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Amergent

**COMPLAINT**

Hospitality Group Inc. in this case arise out of and are directly related to its business activities in the jurisdiction of this Court.

10.     At relevant times, Defendant Michael ("Mike") Pruitt was a managing member of Little Big Burger and chief executive officer of Amergent Hospitality Group Inc. Defendant Pruitt has acted directly and indirectly in the interests of Little Big Burger in relation to its employees, including determining employment practices. Defendant Pruitt is individually liable as an employer under Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Pruitt in this case arise out of and are directly related to his business activities in the jurisdiction of this Court.

11.     At relevant times, Defendant Fred Glick was the President of Amergent Hospitality Group Inc. and has acted directly and indirectly in the interests of Little Big Burger in relation to its employees, including determining employment practices. Defendant Glick is individually liable as an employer under Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Glick in this case arise out of and are directly related to his business activities in the jurisdiction of this Court.

12.     At relevant times, Defendant Adrian Oca was brand leader for Amergent Hospitality Group Inc. and acted directly and indirectly in the interests of Little Big Burger in relation to its employees, including determining employment practices. Defendant Oca is individually liable as an employer under Section 3(d) of the FLSA, 29 U.S.C. § 203(d), in relation to the employees listed on Exhibit A to this Complaint. The claims against Defendant Oca in this case arise out of and are directly related to his business activities in the jurisdiction of this Court.

## DEFENDANTS ARE AN ENTERPRISE COVERED BY THE FLSA

13.     At all relevant times, Defendants Little Big Burger, Amergent Hospitality Group Inc., Mike Pruitt, Fred Glick and Adrian Oca owned, operated, and/or controlled Little Big Burger for the common business of running restaurants in the state of Oregon.

**COMPLAINT**

14.     Defendants' activities constitute, and at all times material hereto have constituted, related activities performed through unified operation or common control for a common business purpose; and are, and at all times material hereto have been, an "enterprise" as defined in the FLSA § 3(r), 29 U.S.C. § 203(r).

15.     The aforesaid enterprise has, and at all times material hereto has had, employees engaged in commerce or in the production of goods for commerce, or in handling, selling or otherwise working on goods or materials which have been moved in or produced for commerce. Said enterprise has, and at all times material hereto has had, an annual gross volume of sales made or business done (exclusive of any excise taxes at the retail level, if any, that were separately stated) of no less than $500,000.00; and said enterprise constitutes, and at all times material hereto has constituted, an "enterprise engaged in commerce or in the production of goods for commerce" as defined in the FLSA § 3(s), 29 U.S.C. § 203(s).

## FACTS REGARDING VIOLATIONS

16.     During the relevant time period, Defendants unlawfully required employees at its Locations to share a portion of their tips with managers who are considered "managers" or "supervisors" as defined under 29 C.F.R. § 531.52 since their duties matched those of an executive employee as described in 29 C.F.R. § 541.100(a)(2) through (4).

## CLAIM FOR RELIEF (TIP VIOLATIONS)

17.     The Acting Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

18.     Defendants have violated the provisions of Section 3(m)(2)(B) of the FLSA, 29 U.S.C. § 203(m)(2)(B), by allowing its managers to keep tips received by employees.

19.     At all relevant times, Defendants have willfully violated Section 3(m)(2)(B) of the FLSA, 29 U.S.C. § 203(m)(2)(B). Defendants knew or should have known of the FLSA's prohibition against an employer keeping tips received by employees but continued to collect tips earned by employees anyway.

COMPLAINT

## PRAYER FOR RELIEF

WHEREFORE, good cause having been shown, the Acting Secretary prays for judgment against Defendants as follows:

1.      For an Order under Section 17 of the FLSA, 29 U.S.C. § 217, and pursuant to the Court's inherent authority, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the FLSA, including Sections 3(m)(2)(B), 11(c) and 15(a)(5), 29 U.S.C. §§ 203(m)(2)(B), 211(c),  215(a)(5).

2.      For an Order under Section 16(c) of the FLSA, 29 U.S.C. § 216(c) finding Defendants liable for all tip compensation earned, from at least February 16, 2019 to February 15, 2022, to all of Defendants' employees including the employees listed in attached Exhibit A and other employees not presently known to the Acting Secretary, and an additional equal amount as liquidated damages, as well as civil money penalties;

3.      For an Order providing such further legal and equitable relief as may be deemed necessary or appropriate; and

4.      For an Order awarding the Acting Secretary the costs of this action.

5.      For an Order awarding the Acting Secretary any other legal or equitable relief that the Court deems necessary and appropriate.

Dated: May 1, 2024                          SEEMA NANDA
                                            Solicitor of Labor

                                            MARC A. PILOTIN
                                            Regional Solicitor

                                            KATHERINE E. CAMERON
                                            Associate Regional Solicitor

                                            */s/ Andrew M. Katz*
                                            Andrew M. Katz
                                            Senior Trial Attorney

                                            Attorneys for the Plaintiff
                                            U.S. Department of Labor

**COMPLAINT**

**EXHIBIT A**

|    | **Last Name** | **First Name** |
|----|---------------|----------------|
| 1  | Adams | Julia |
| 2  | Aguilar | Andrew |
| 3  | Aguilar-Bello | Henry |
| 4  | Aguilar-Ramos | Daisy E |
| 5  | Albrecht | Alexandra |
| 6  | Albrecht | Maximilian |
| 7  | Allen | Luke |
| 8  | Allen | Shatoya |
| 9  | Alvord | Maxwell P |
| 10 | Ambrosio-Ouano | Christian A |
| 11 | Amor-Mashino | Teeshawna |
| 12 | Anderson | Martin |
| 13 | Angel | Ailyn |
| 14 | Anglin | Bella |
| 15 | Apte | Varun |
| 16 | Armsbury | Nikaela |
| 17 | Armstrong | Christopher |
| 18 | Atos | Gavin |
| 19 | Ayala | Myrka |
| 20 | Baca | Adam |
| 21 | Bacu | Adam |
| 22 | Badillo | Oscar |
| 23 | Banta | Griffin |
| 24 | Barnes | Jacob |
| 25 | Barnes | Noah |

**COMPLAINT**

| 26 | Barrientes | Jacklynn |
|----|------------|----------|
| 27 | Batten | Elsa E |
| 28 | Bautista | Rogelio |
| 29 | Bautista | Belizario |
| 30 | Bautista | Tania |
| 31 | Beath | Emilie |
| 32 | Beaver | Anaya V |
| 33 | Beck | Douglas |
| 34 | Becker | Tyrone |
| 35 | Belinn | Alexandria |
| 36 | Bellews | John |
| 37 | Belov | Nadia |
| 38 | Belz | Jake |
| 39 | Ben-Israel | Zev |
| 40 | Bennett | Kiara |
| 41 | Benton | Joseph |
| 42 | Best McCoy | Cheyenne |
| 43 | Betancourt | Vanessa |
| 44 | Biederman | Alice |
| 45 | Bilaniv | Nick A |
| 46 | Black | Kaleb M |
| 47 | Black | Kayla |
| 48 | Bliss | Keegan |
| 49 | Bohra | Anya |
| 50 | Booth | Clara |
| 51 | Booth | Peyton |
| 52 | Bradford | Olivia |

**COMPLAINT**

| 53 | Bradley | Kevin |
|----|---------|-------|
| 54 | Brand | Lily |
| 55 | Braun | Grace |
| 56 | Briggs | Hunter |
| 57 | Brisbois | Andrea J |
| 58 | Brown | Rachel |
| 59 | Browning | Ashley |
| 60 | Brown-Ruppenthal | Dominic |
| 61 | Bryan | Neal |
| 62 | Burck | Emma |
| 63 | Burns | Andrew |
| 64 | Burreson | Mikayla |
| 65 | Burton | Samuel |
| 66 | Burton | Dylan |
| 67 | Cain | Alexandra |
| 68 | Camp | Emily |
| 69 | Can-Vazquez | Alejandro |
| 70 | Cao | Andrew |
| 71 | Carder | Jennifer |
| 72 | Cardwell | Cassidy |
| 73 | Carper | Eric |
| 74 | Carrizal | Susana |
| 75 | Carter | Emma |
| 76 | Carter | Dominic O |
| 77 | Cartusciello | Robert |
| 78 | Cassidy | Thomas |
| 79 | Castillero | Fabiola |

| 80 | Castner | Wayne M |
|----|---------|---------|
| 81 | Casto | Amberlin |
| 82 | Castro | Samuel |
| 83 | Chambers | Heather |
| 84 | Chappel | Willow |
| 85 | Chappell | Robert |
| 86 | Charley | Francien Marie |
| 87 | Chavez McCormack | Rowan |
| 88 | Child | Madeline |
| 89 | Christensen | Shaun |
| 90 | Clark | Jeff |
| 91 | Clouse | Matthew |
| 92 | Cloward | Liam |
| 93 | Coghill | Anna |
| 94 | Cole | Taylor |
| 95 | Colligan | Jacob M |
| 96 | Collins | Zoe |
| 97 | Connelly | Gannon |
| 98 | Connor | Eamonn |
| 99 | Conway | Daniel Oliver |
| 100 | Cook | Nile W |
| 101 | Cook | Ian |
| 102 | Cook | Benjamin |
| 103 | Cooper | Jonathan |
| 104 | Cooter | Jacob |
| 105 | Cornejo | Isabel |
| 106 | Crittenden | Matthew |

**COMPLAINT**

| 107 | Cropper | Julia M |
| 108 | Cross | Katherine |
| 109 | Cross | Eric |
| 110 | Crouse | Forest |
| 111 | Crowell | Cameron |
| 112 | Cruz-Alvarado | Gelacio |
| 113 | Curiel Reyes | Gabriel |
| 114 | Curtin | Jackson |
| 115 | Cusick | Ethan |
| 116 | Cyders | Jason |
| 117 | Czuba | Sally |
| 118 | Daga | Sidharth |
| 119 | Dailey | Brandon |
| 120 | Dailey | Jordan |
| 121 | Darling | Austin |
| 122 | Dattilo | Andrew |
| 123 | Dattilo | Emma |
| 124 | Davis | Rory |
| 125 | De La Cruz | Jenna |
| 126 | De Lay-Brooks | Kathryn |
| 127 | DeBarro | Anna |
| 128 | Decker | Iain |
| 129 | Dejesus | Esai |
| 130 | Delgado | Amelia |
| 131 | Dempewolf | Alex |
| 132 | Dempsey | Mak |
| 133 | Dinsmore | Mason |

**COMPLAINT**

| 134 | Donnell | Ocean |
| 135 | Donovan | Nick |
| 136 | Dowd | Ashley |
| 137 | Downing | Jackson |
| 138 | Dreeszen | Ciara |
| 139 | Duckett | Lane M |
| 140 | Dull | Ariah |
| 141 | Duong | Bao |
| 142 | Dyal | Lucy |
| 143 | Eby | Mckenzie |
| 144 | Edwards | Jay |
| 145 | Eliot | Drew T |
| 146 | Elliott | Simon |
| 147 | Escalante | Cristobal |
| 148 | Escalona | Elijah A |
| 149 | Evens | Cassel |
| 150 | Fardanesh | Andrew |
| 151 | Fiarito | Carmen |
| 152 | Fimbres | Richard |
| 153 | Fimbres | Breanna |
| 154 | Finegan | Jason Patrick |
| 155 | Firpo | Alexis |
| 156 | Fitch | Georgie |
| 157 | Fitch | Jasmin |
| 158 | Fitzpatrick | Grace |
| 159 | Fleck | JeanElie |
| 160 | Fleischman | Kalea |

**COMPLAINT**

| 161 | Fleishman | Colbey |
|---|---|---|
| 162 | Flores | David |
| 163 | Flores | Jonathan |
| 164 | Foley | Michael |
| 165 | Folino | Matthew |
| 166 | Forker | Tiffany |
| 167 | Frasier | William |
| 168 | Fretwell | Chelsea N |
| 169 | Friedman | Sage |
| 170 | Friis | Daniel |
| 171 | Frisbie | Steven E |
| 172 | Froblom | Christiane |
| 173 | Fuentes | Carlos |
| 174 | Fuller | Christian |
| 175 | Ganellen | Sierra Estelle |
| 176 | Garcia | Richard |
| 177 | Garcia | Charles |
| 178 | Garcia | Valencia |
| 179 | Garner | Stephani |
| 180 | Gaspar Guzman | Anna |
| 181 | Gates | Aaron |
| 182 | Gil | Meka |
| 183 | Gilmer | Kyle W. |
| 184 | Girard | August |
| 185 | Globisch | Paul |
| 186 | Goggans | Eric D |
| 187 | Going | Madison E |

**COMPLAINT**

| 188 | Gold | Jarrett |
|---|---|---|
| 189 | Golder | Jordan |
| 190 | Gonsalves | Nicolas |
| 191 | Gonzalez | Jose |
| 192 | Gonzalez | Cristian |
| 193 | Good | Nolan |
| 194 | Gouge | Hayes |
| 195 | Gravelle | Hannah |
| 196 | Grealish | Katarina M |
| 197 | Green | Luquaz |
| 198 | Greene | Jamie Charles |
| 199 | Gregg | Aiden |
| 200 | Gremel | Andrew |
| 201 | Grenz | Arielle |
| 202 | Grimm | Briton |
| 203 | Grissom | Grady |
| 204 | Groh | Christina E |
| 205 | Gustin | Kaitlyn |
| 206 | Haack | Ruby |
| 207 | Haas | Jariah |
| 208 | Habeck | Heidi |
| 209 | Habtom | Yoska |
| 210 | Hagan | Jessica J |
| 211 | Halvorson | Haley |
| 212 | Hamilton-Woodward | Renae E |
| 213 | Hamling | Jacob |
| 214 | Hanson | Olivia |

**COMPLAINT**

| 215 | Hartley | Mira |
|-----|---------|------|
| 216 | Hassan | Ugbad |
| 217 | He | Xiao Yao |
| 218 | Head | Emma |
| 219 | Heath | Chase |
| 220 | Heiden | Rory |
| 221 | Hendricks | Miranda |
| 222 | Hendricks | Andy |
| 223 | Henry | Elan A |
| 224 | Hernandez-Ishikawa | Saira |
| 225 | Hewlett | Taylor |
| 226 | Higuet | Emily |
| 227 | Hill | Ethan |
| 228 | Ho | Enoch |
| 229 | Ho | Joshua |
| 230 | Hoefer | Rhiannon |
| 231 | Hoff | Lance |
| 232 | Holder | Katherine |
| 233 | Hostetter Smith | Zasu |
| 234 | Houston | Koryn |
| 235 | Howe | Benjamin |
| 236 | Hristov | Wintre |
| 237 | Hua | Brittany |
| 238 | Hubbard | Peyton |
| 239 | Huesca | Leonardo |
| 240 | Hughes | Bergen M |
| 241 | Humphrey | Noah Benjamin |

**COMPLAINT**

| 242 | Huntington | Andrew |
|-----|------------|--------|
| 243 | Hutchings | David |
| 244 | Inman | Brady |
| 245 | Ivanor | Dimitri |
| 246 | Jackson | Alexandria |
| 247 | James | Lora J |
| 248 | Jaramillo | Micayle |
| 249 | Jardin | Stephen |
| 250 | Jennings | Taylor |
| 251 | Jensen | Hope |
| 252 | John | Colin |
| 253 | Johnson | Dorothea |
| 254 | Johnson | Gavin |
| 255 | Johnson | Madelaine |
| 256 | Johnson | Andrew |
| 257 | Jones | Zane C |
| 258 | Jones | Saki |
| 259 | Jones | Kelyn L. |
| 260 | Jones | Juliet |
| 261 | Joyce | Lauren |
| 262 | Jurries | Christopher |
| 263 | Kabeiseman | Fredric |
| 264 | Kaidan | Stephan |
| 265 | Kaopuiki | Franklin |
| 266 | Kelly | Finn |
| 267 | Kennedy | Ellora |
| 268 | Kerr | Benjamin |

**COMPLAINT**

| 269 | Keymolen Gomez | Moises |
| 270 | Kim | John |
| 271 | Kiriakedis | Masami |
| 272 | Kitayama | Annika |
| 273 | Kitchen | Kristopher |
| 274 | Klas | Allison |
| 275 | Ko | Christie |
| 276 | Kraft | Kyle |
| 277 | Krantz | Christian |
| 278 | Lamb | Cole |
| 279 | Lambert | Jeremy William |
| 280 | Lampe | Graham M |
| 281 | Langenfeld | Michael |
| 282 | Lazzara | Robert |
| 283 | Le | David |
| 284 | Lea | Joseph F |
| 285 | Leano | Elae |
| 286 | Lee | Mary K |
| 287 | Lee | Raymond |
| 288 | Lefur | Hayden |
| 289 | Lenox | Bodhi |
| 290 | Leveille | Rachel |
| 291 | Leyson | Jonathan |
| 292 | Lhommedieu | Dane |
| 293 | Lindsay | Kyran |
| 294 | Liu | Camellia |
| 295 | Liu | Dalia |

**COMPLAINT**

| 296 | Lohman | Tia |
|-----|--------|-----|
| 297 | Lommen | Max |
| 298 | Lommen | Mason |
| 299 | Love | Maris |
| 300 | Lowcock | Brooklynn |
| 301 | Lyons | Azhya Nariah |
| 302 | Maas | Emma |
| 303 | Macmillan | Carlin |
| 304 | Macmillan | Anderson |
| 305 | MacWilliamson | Phoenix |
| 306 | Mair | David |
| 307 | Manning | Juleanna R |
| 308 | Manning | Via |
| 309 | Manning | Sabri |
| 310 | Manuguid | Matthew |
| 311 | Marquez Flores | Maria |
| 312 | Martin | Colby |
| 313 | Martin | Philip A |
| 314 | Martinez | Serena A |
| 315 | Maruyama | Yukimasa |
| 316 | Mayhak | Shareya |
| 317 | Mcbryde | Kamari |
| 318 | Mccabe | Margaret L. |
| 319 | Mccampbell | Trevor |
| 320 | Mcclain | Mary Jane |
| 321 | Mcdonald | Regis J |
| 322 | Mcdonald | Tyler |

**COMPLAINT**

| 323 | Mcdonald | Evan |
|---|---|---|
| 324 | Mcgee | Kelly M |
| 325 | Mcgee | Briana |
| 326 | McGilberry | Grant |
| 327 | Mcgough | Alejandro |
| 328 | McGowan | Jaisha-lee |
| 329 | Mckenzie | Simon |
| 330 | Mckenzie | Aallan |
| 331 | Mcknight | Christopher |
| 332 | Mcnamee | Claire |
| 333 | Mcnealy | Joseph |
| 334 | McVay | Kaylie |
| 335 | Mead | Angeline |
| 336 | Medeiros | Chloe |
| 337 | Medina | Victoria A. |
| 338 | Medina | Mark |
| 339 | Mekkers | Jeffrey |
| 340 | Melz | Andy |
| 341 | Menashe | Daniel |
| 342 | Mendoza-Bautista | Luis |
| 343 | Merritt | Kirsten |
| 344 | Merten | Henry |
| 345 | Mervar | Aiden |
| 346 | Meyers | Bradley |
| 347 | Michael | Sara |
| 348 | Michele | Pace |
| 349 | Michtom | Daniel |

**COMPLAINT**

| 350 | Mijalski-Fahim | Gabby Despina |
|-----|----------------|---------------|
| 351 | Mike | Zachariah |
| 352 | Miller | Ashlyn |
| 353 | Miller | Isabella |
| 354 | Miller | Mackenzie A |
| 355 | Miranda | Sebastian |
| 356 | Miranda Morales | Jacqueline |
| 357 | Mitchell | Harmony |
| 358 | Moffat | Spencer |
| 359 | Moller | Matthew |
| 360 | Mompho | Madison |
| 361 | Monetti | Zac |
| 362 | Montanez | Ricardo |
| 363 | Moorhouse | Madison |
| 364 | Moran | Dillon |
| 365 | Morford | Acacia L |
| 366 | Mulgado | Jorge |
| 367 | Muniz | Adrian |
| 368 | Munson | Robin |
| 369 | Murray | Kris |
| 370 | Myers | Camas |
| 371 | Naranjo | Mariana |
| 372 | Navarro | Antonio |
| 373 | Nelson | Jane |
| 374 | Nelson | Bryce |
| 375 | Nguyen | Yvan T |
| 376 | Nguyen | Bryan |

**COMPLAINT**

| 377 | Nguyen | Loc |
|---|---|---|
| 378 | Nguyen | Michelle |
| 379 | Nguyen | Elizabeth |
| 380 | Nguyen | James |
| 381 | Nicholson | Jacob |
| 382 | Nickson | Damarte |
| 383 | Nidoy | Davis |
| 384 | Nieves | Ernesto |
| 385 | Nimelman | Lucas |
| 386 | Nolan | Zoey |
| 387 | Nolan | Lucy |
| 388 | Norman | Greg D |
| 389 | Nowacki | Alyssa |
| 390 | O'Brien | Gillian |
| 391 | Odonnell | Ryan |
| 392 | O'Donnell | Jayden |
| 393 | Ohalloran | Sebastien |
| 394 | Okeefe | Liam |
| 395 | Oldenburg | Rebekah |
| 396 | Onaitis | Kaitlin |
| 397 | Oneil | Samuel H |
| 398 | Osborne | Ashleigh |
| 399 | Oudomphong | Leo |
| 400 | Owens | Nathan |
| 401 | Owens | Lucy |
| 402 | Page | Laura |
| 403 | Palaca | Giuliana |

**COMPLAINT**

| 404 | Palmer | Erique W |
|-----|--------|----------|
| 405 | Paniagua-Aguilar | LillianaI |
| 406 | Parham-Williams | Ayla B |
| 407 | Parisi | Joshua |
| 408 | Parker | Courtney |
| 409 | Pasaye-Elias | Marissa |
| 410 | Pataroque | Kevin |
| 411 | Pavlas | Pan |
| 412 | Pavlas | Christiana |
| 413 | Pavlenko | Leana |
| 414 | Payne | Kaleb |
| 415 | Pearson | Tyler |
| 416 | Pedegana | Lola |
| 417 | Penaloza-Vega | German |
| 418 | Peril | Katherine |
| 419 | Perry | Sarah |
| 420 | Peters | Esme |
| 421 | Petersen | India |
| 422 | Peterson | Karla |
| 423 | Pethick | Isabella |
| 424 | Picton | Sophie |
| 425 | Pine | Gabrielle |
| 426 | Pittel | Sara-Grace |
| 427 | Pitts | Roland W |
| 428 | Platt-Devlin | Samuel |
| 429 | Ploghoft | Logan |
| 430 | Poe | Oryanna |

**COMPLAINT**

| 431 | Ponce | Rubuen |
|-----|-------|--------|
| 432 | Porter | William R |
| 433 | Poulson | Richard |
| 434 | Pulliam | Kyrae |
| 435 | Pytynia-Hillier | Grace |
| 436 | Quach | Emma |
| 437 | Quach | Zoe |
| 438 | Raber | Nathan |
| 439 | Rader | Natalie |
| 440 | Rader | Claudia |
| 441 | Ramsdell | Cory Joshua |
| 442 | Rapp | Sarah |
| 443 | Rasmussen | Cody |
| 444 | Raspet | Eliana |
| 445 | Reich | Clayton |
| 446 | Reimer | Maximus |
| 447 | Rejab | Benjamin |
| 448 | Reyes | Ashley |
| 449 | Reynolds | James |
| 450 | Reynolds | Thomas N |
| 451 | Reynolds | Olivia |
| 452 | Richards | Caden |
| 453 | Rinehart | Liam |
| 454 | Ritchie | Elliana |
| 455 | Robbins | Courtney |
| 456 | Robertson | Michael |
| 457 | Rogers | Nicholas |

**COMPLAINT**

| 458 | Romero | Shiloh D. |
|-----|--------|-----------|
| 459 | Ross | Martina |
| 460 | Rousing | Jack |
| 461 | Ruiz | Amanda |
| 462 | Runnion | Stormy |
| 463 | Russell | Fionna |
| 464 | Ryan | Michael |
| 465 | Saborit-Gausch | Kevin |
| 466 | Saccio | Michael Joseph |
| 467 | Salgado | Alex |
| 468 | Salgado | Cheyenne |
| 469 | Sanchez | Bird |
| 470 | Sanchez | Alina |
| 471 | Sanders | Natasha |
| 472 | Saylor-Reiss | Sadie |
| 473 | Schaeffer | Corey |
| 474 | Schlesinger | Canaan |
| 475 | Schmitt | Rachel |
| 476 | Schofield | Morgan |
| 477 | Scopes | Atticus |
| 478 | Scott | Ethan |
| 479 | Scruggs | Napoleon |
| 480 | Seagren | Justin |
| 481 | Seawright | Samuel J |
| 482 | Secor | Katie M |
| 483 | Self | Nathan |
| 484 | Sevey | Christian |

**COMPLAINT**

| 485 | Shaaban | Samuel |
|-----|---------|--------|
| 486 | Shannon | Megan |
| 487 | Shaw | Dehlia |
| 488 | Shepard | Rowan |
| 489 | Shepherd | Kalani |
| 490 | Sherman | Hugh |
| 491 | Shim | Konner |
| 492 | Shim | Kenneth |
| 493 | Shirer | Kyle |
| 494 | Shuey | Elizabeth |
| 495 | Silva | Mateo |
| 496 | Silverberg | Benjamin |
| 497 | Sinclair | Zachary X |
| 498 | Skalbeck | Rachael |
| 499 | Skye | Taylor A |
| 500 | Sloop | Oscar O |
| 501 | Smith | Christopher |
| 502 | Smith | Keaton |
| 503 | Smith | Brianna |
| 504 | Snell | Samantha |
| 505 | Son | Emily |
| 506 | Soo | Jared |
| 507 | Squatrito | Gianelli |
| 508 | Stark | Benjamin |
| 509 | Starr | Hayden |
| 510 | Steiert | Kaitlyn |
| 511 | Stone-Feldman | Ella |

**COMPLAINT**

| 512 | Stout | Logan M |
|-----|-------|---------|
| 513 | Streit | Mackendra |
| 514 | Stubbs | Deja |
| 515 | Stubbs | Natasha |
| 516 | Sturgeon | Andrew |
| 517 | Sun | Christopher |
| 518 | Sun | Jeffery |
| 519 | Swiberg | Jacob |
| 520 | Sylla | Younoussa |
| 521 | Takara | Alexis |
| 522 | Thake | Jack |
| 523 | Thompson | Ava |
| 524 | Tibray | Miles |
| 525 | Tidwell | Robert |
| 526 | Tillery | Joy |
| 527 | Tindell | Cameron |
| 528 | Tipton | Harrison |
| 529 | Tokos | Samantha |
| 530 | Torres | Abel |
| 531 | Torrey | Atticus |
| 532 | Tran | Tuan |
| 533 | Tran | Bao-Truc |
| 534 | Trapp | Ash Dyan |
| 535 | Treasarden | Samuel |
| 536 | Troyer | Jessica |
| 537 | Tsitko | Nikita |
| 538 | Tucker | Robert |

**COMPLAINT**

| 539 | Tuffli | Jace |
| 540 | Turner | Ava |
| 541 | Ugonna | Nnamdi |
| 542 | Unsinger | Kyle |
| 543 | Van Vleet | Jillian |
| 544 | Van Zandt | Antal |
| 545 | Varcoe | Drew |
| 546 | Vazquez | Alfredo |
| 547 | Vincent | Sims |
| 548 | Vitatoe | Samantha |
| 549 | Voeller | Noah |
| 550 | Waehrer | Charlie |
| 551 | Wagar | Annabelle |
| 552 | Wales | Geran |
| 553 | Wang | Lulu |
| 554 | Warren | Trae |
| 555 | Watkins | Zachary |
| 556 | Watson | Vita |
| 557 | Wear | Brady |
| 558 | Wetlesen | Shota |
| 559 | Whalen | Alex |
| 560 | Whaley | Daniel |
| 561 | White | Dean R |
| 562 | Whittum | Edan |
| 563 | Wilkins | Hannah Jean |
| 564 | Wilson | Daniel |
| 565 | Wilson | Lilly |

**COMPLAINT**

| 566 | Wilson | Chloe A |
|-----|-----------|----------|
| 567 | Wilson | Bethany |
| 568 | Winters | Percy |
| 569 | Wise | Ryan |
| 570 | WItten | Isaiah |
| 571 | Wood | Gregory |
| 572 | Woods | Daniel |
| 573 | Wroten | Amber |
| 574 | Wu | Janina |
| 575 | Wyszynski | Joseph |
| 576 | Yilmaz | Julia |
| 577 | Young | Ethan |
| 578 | Zenka | Aidan |
| 579 | Zhuang | Barton |
| 580 | Zurcher | Karlee |
| 581 | Zylstra | Jake |